IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-33369 |
| Masonry Brothers & Son's Inc., | ) | Hon. LaShonda A. Hunt |
| | ) | |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on February 11, 2019, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
89196284.v1

# Mailing Information for Case 17-33369

- Patrick S Layng                    USTPRegion11.ES.ECF@usdoj.gov
- Michael J. Worwag              mjworwag@gmail.com

## Manual Notice List (Via U.S. Mail)

Masonry Brothers & Son's Inc.
c/o Leszek Wasilewski
2318 Greenwood Rd
Glenview, IL 60026

Daniel Kuhn and Michelle Milne
c/o Michael I. Leonard
Leonard Meyer LLP
120 N. LaSalle Street, 20th Flr.
Chicago, IL 60602